JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN CARTAGENA,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. ED CV 14-0884-DFM<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: October 6, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge